UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICIA A. MCCOLM,

    Plaintiff,

v.

A. KHALID ANBER, et al.,

    Defendants.

_____/

No. C 06-7369 PJH

**ORDER**

    Plaintiff Patricia A. McColm filed this action on November 30, 2006.  She also requested leave to proceed in forma pauperis (IFP).  After reviewing the complaint, the court dismissed it pursuant to 28 U.S.C. § 1915, with leave to amend, for failure to state a claim.  The court set a deadline of January 20, 2007, for the filing of the amended complaint.  Because January 20, 2007, fell on a Saturday, the deadline for filing the amended complaint was extended to Monday, January 22, 2007.

    On January 22, 2007, plaintiff filed a statement indicating that she intended to withdraw her IFP request.  She also indicated that she understood that the filing deadline had been extended to January 22, 2007, but stated that she was unable to file the amended complaint by that date because of the illness of her father.

    Plaintiff is free to withdraw her IFP request and pay the filing fee.  However, the court has already reviewed the original complaint and has issued an order dismissing it for

failure to state a claim. That order stands, and the action will be dismissed unless plaintiff files an amended complaint. The court will allow plaintiff one additional week to file an amended complaint. The amended complaint shall be filed no later than Monday, January 29, 2007. If the amended complaint is not filed by that date, the case will be dismissed.

**IT IS SO ORDERED.**

Dated: January 23, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge