**United States District Court**
For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5

6

PATRICIA A. MCCOLM,

7          Plaintiff,                          No. C 06-7369 PJH

8      v.                                 **ORDER GRANTING ADDITIONAL
                                          ONE-WEEK EXTENSION FOR**
9  A. KHALID ANBER, et al.,               **FILING OF AMENDED COMPLAINT**

10          Defendants.

11  _____/

12          Plaintiff filed this action on November 30, 2006.  She also requested leave to

13  proceed in forma pauperis.  On December 12, 2006, the court issued an order dismissing

14  the complaint pursuant to 28 U.S.C. § 1915, with leave to amend.

15          On January 22, 2007, the day the amended complaint was due, plaintiff filed a

16  statement indicating that she intended to withdraw her IFP request and pay the filing fee,

17  and also indicating that she required additional time to amend the complaint.  On January

18  23, 2007, the court issued an order advising plaintiff that while she was free to withdraw her

19  IFP request, the complaint nonetheless remained dismissed.  The court granted plaintiff a

20  one-week extension on the due-date, and advised her that the case would be dismissed if

21  the amended complaint was not filed on January 29, 2007.

22          On January 29, 2007, plaintiff filed notice of withdrawal of payment of filing fee.  She

23  also asserted that she had not received the January 23, 2007, order until January 25, 2007,

24  and objected to what she termed the "one court day" notice of the new due date for the

25  amended complaint.  She requested that she be permitted until at least February 14, 2007,

26  to file the amended complaint.  The main reason for her request appears to be her

27  assertion that she is busy with discovery obligations in another lawsuit that she previously

28  filed in this court.

1    The request for an extension to February 14, 2007, is DENIED.  The court will grant

2  plaintiff one additional week to file the amended complaint.  In the December 12, 2006,

3  order, the court provided a detailed analysis of the deficiencies of the original complaint,

4  and gave specific instructions with regard to the requirements for stating a claim under

5  each cause of action alleged in the complaint.  Moreover, the facts underlying the complaint

6  should all have been within plaintiff's personal knowledge before she filed the lawsuit.

7  Thus, plaintiff's assertion that she needs to do extensive "research" in order to prepare an

8  amended complaint is not persuasive.

9    The amended complaint shall be filed no later than Tuesday, February 6, 2007.  **If**

10  **the amended complaint is not filed by that date, the case will be dismissed.**

11

12  **IT IS SO ORDERED.**

13  Dated: January 30, 2007

14  _____
   PHYLLIS J. HAMILTON
   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California