UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICIA A. MCCOLM,

    Plaintiff,

    v.

A. KHALID ANBER, et al.,

    Defendants.
_____/

No. C 06-7369 PJH

**ORDER OF DISMISSAL**

    Plaintiff filed this action on November 30, 2006.  She also requested leave to proceed in forma pauperis.  On December 12, 2006, the court dismissed the complaint pursuant to 28 U.S.C. § 1915, with leave to amend.

    The 18-page order of dismissal included a detailed analysis of the claims asserted, as well as instructions to plaintiff regarding amendment of those claims.  The amended complaint was due on January 22, 2007, which was more than five weeks after the original complaint had been dismissed.

    On January 22, 2007, plaintiff requested additional time to complete drafting the amended complaint.  The court allowed plaintiff one additional week.  On January 29, 2007, plaintiff again requested additional time.  The court allowed plaintiff a second additional week, bringing to eight weeks the total amount of time since the issuance of the original order of dismissal.  The order stated that if the amended complaint was not filed by February 6, 2007, the case would be dismissed.

On February 6, 2007, plaintiff filed another request for an extension of time. The request is DENIED. The action is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: February 7, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

2